

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00066-CV
_____

JAGUAR ENERGY SERVICES, LLC, Appellant

V.

VIP WELL SERVICES, LLC, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 24-0226

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

MEMORANDUM OPINION

Appellant, Jaguar Energy Services, LLC, has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Charles van Cleef
Justice

Date Submitted: September 23, 2025
Date Decided: September 24, 2025